UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.05-20885-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD R. GARCIA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Petition for Warrant or Summons for Offender under Supervision (DE# 29, 4/25/07). This matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Court Judge for the Southern District to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release/probation should be revoked (DE# 37, 6/19/07). It is recommended that the defendant's supervised release be **REVOKED**.

## BACKGROUND

On August 18, 2006, the defendant was sentenced to three years probation with the following special conditions: 1) the defendant shall participate in the Home Detention with Electronic Monitoring Program for twelve months and 2) the defendant shall participate in an approved treatment program for mental health/substance abuse which may include inpatient/outpatient treatment.

The defendant is charged with three violations of his supervised release as

follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition**, by failing to participate in the Home Detention with Electronic Monitoring Program. On April 16, 2007, the defendant had a schedule to remain at his residence, between the hours of 2:45 p.m. and 8:00 a.m. The defendant was not at his residence as scheduled. |
| 2. | **Violation of Special Condition**, by failing to participate in the Home Detention with Electronic Monitoring Program. On April 19, 2007, the defendant was out of his residence without an approved schedule from 2:45 p.m. until 3:59 p.m. |
| 3. | **Violation of Special Condition**, by failing to participate in an approved mental health treatment program. On or about April 17, 2007, the defendant failed to attend his scheduled appointment with Greater Miami Behavioral Health Care Center and to date, has not satisfactorily participated in treatment as directed by the Court and monitored by the United States Probation Office. |

On September 6, 2007, the defendant, Edward R. Garcia, while represented by counsel waived his right to an evidentiary hearing and admitted to the three aforementioned supervised release violations. The defendant, government and probation officer have agreed to recommend to the Court that the defendant be sentenced to comply with all supervised release conditions, reside at the Nightingale Manor assisted living facility, participate in mental health treatment at Greater Miami Behavioral Health Care Center and continue to take his medication.

## **RECOMMENDATION**

The undersigned recommends revocation of the defendant's supervised release based on the defendant's admission to the violations numbered one through three.

The parties have ten (10) days from the receipt of this Report and

Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro, United States District Court Judge. Failure to file the objections in a timely manner shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993)

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **6th** day of September, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Ungaro
All counsel of record