UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20885-CR-UNGARO

UNITED STATES OF AMERICA,

vs.

EDWARD R. GARCIA,

        Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on the Government's Petition for Warrant or Summons for Offender Under Supervision. DE 29.

The matter was referred to Magistrate Judge O'Sullivan, who on September 6, 2007 issued a Report recommending the revocation of Defendant's supervised release based on Defendant's admitted violation of three conditions of his supervised release. *See* DE 42. The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 42) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of Dec. 2007.

                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record